```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :   ORDER
                                    :
   MICHAEL JACKSON,                 :
                                    :   21 Cr. 386 (LGS)
            Defendant.              :
                                    :
------------------- x
```

Defendant Michael Jackson seeks to proceed with a change of plea proceeding via teleconference instead of a personal appearance in court. In view of the ongoing pandemic, teleconferencing has been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by teleconference with a change of plea advances Mr. Jackson's case and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

During the change of plea proceeding, the magistrate judge should allocute the defendant on his consent to proceed via teleconference as previously stated by his counsel.

SO ORDERED:

Dated: New York, New York
       February 3, 2022

                          **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**