UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
 :   21 Cr. 386 (LGS)
    -against-   :
 :   SCHEDULING ORDER
MICHAEL JACKSON, :
                             Defendant, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Michael Jackson's sentencing hearing shall be held on **September 6, 2022**, at **11:45 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **August 15, 2022**.  The Government's pre-sentencing submission, if any, shall be filed by **August 18, 2022.**

Dated: May 26, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**