Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369

donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

Via Email and ECF

May 26, 2022

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Michael Jackson
    21 Cr. 386 (LGS)

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 37.

Dated: May 31, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

      With the consent of the Government, I write to <u>request until Friday June 4th to file a response to the Government's motion for Mr. Jackson's remand</u> as a result of his plea of guilty to a violation of 18 U.S.C. § 922(g)-a felon in possession of ammunition. Currently my response is due May 31, 2022. However, in as much as I have Second Circuit appellate brief due to be filed on May 31st and two sentencing memos due the next day, it is next to impossible for me to submit a response to the Government's motion.  Wherefore, I respectfully request an additional four days to file a response to the Government's remand motion.

I thank the Court for its consideration of this request.

Respectfully,
/s/
Donna R. Newman
Cc: AUSA Josiah Pertz via email & ECF