UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                         :
   UNITED STATES OF AMERICA,                             :
                                                         :
                                                         :            21 Cr. 386 (LGS)
                      -against-                           :
                                                         :            REMAND ORDER
   MICHAEL JACKSON,                                      :
                                         Defendant,      :
                                                         :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS on May 20, 2022, Defendant Michael Jackson pleaded guilty before the

Honorable Barbara Moses, United States Magistrate Judge, to a one-count Indictment, charging

him with being a felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1).

        WHEREAS on May 20, 2022, the Government filed a letter motion requesting that the

Court accept Defendant's guilty plea, revoke his bail and order him detained pursuant to 18

U.S.C. § 3143(a)(2).  (Dkt. No. 33.)

        WHEREAS Defendant opposes this application and the motion is now fully briefed.

        WHEREAS a sentencing hearing is currently scheduled for September 6, 2022, at

11:45 a.m.

        WHEREAS, a transcript of the allocution was made and upon review of that transcript,

this Court has determined that Defendant entered the guilty plea knowingly and voluntarily and

that there is a factual basis for the guilty plea.  It is hereby

        **ORDERED** that Defendant's plea is accepted.  It is further

        **ORDERED** that for substantially the reasons stated by the Government at Docket

Numbers 33 and 42, the application is **GRANTED**.  It is further

        **ORDERED** that Defendant Michael Jackson's bail is **REVOKED**.  It is further

**ORDERED** that Defendant Michael Jackson shall surrender to the US Marshal for this District on **June 17, 2022, at 2:00 p.m.**

The Clerk of the Court is directed to terminate the letter motions at Docket Numbers 41, 43 and 44.

Dated:  June 9, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**