Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

Via Email and ECF

June 14, 2022

**Application GRANTED.** Defendant Michael Jackson shall surrender to the US Marshal for this District on June 28, 2022, at 2:00 p.m.

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Dated: June 15, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: United States v. Michael Jackson
    21 Cr. 386 (LGS)

Dear Judge Schofield:

     The Court has ordered that Mr. Jackson self-surrender to the United States Marshal's on Friday June 17th. I write seeking the Court's indulgence to allow Mr. Jackson to self-surrender to the United States Marshal's, on June 28th no later than 2 p.m. I seek these few additional days for two reasons. Mr. Jackson's presentence report interview is scheduled for June 22nd (the appointment was made several weeks ago and shortly after his plea) and I would appreciate it going forward as planned. It is unlikely I will be able to reschedule- quickly due to my own schedule . In addition, Mr. Jackson's daughter's is graduating from preschool and there is a graduation ceremony.  It is important to Mr. Jackson, his wife, and his daughter for him to be there and share this experience.

Respectfully,
/s/
Donna R. Newman
Cc: AUSA Josiah Pertz via ECF & Email
    Michael Jackson email