UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

MICHAEL JACKSON,
                                  Defendant,
------------------------------------------------------------ X

21 Cr. 386 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a sentencing hearing is scheduled for October 24, 2022, at 11:00 a.m.

    WHEREAS the parties dispute the applicable Guidelines range in this case and the Court is considering ordering a *Fatico* hearing to resolve this dispute.  It is hereby

    **ORDERED** that by **noon on October 20, 2022**, the parties each shall file a letter stating their position regarding such a hearing and what, if any, evidence they would present at such a hearing in addition to what is in the record.

Dated: October 18, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**