UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                       -against-                      21 Cr. 386 (LGS)

                                                              ORDER

    MICHAEL JACKSON,
                                               Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a sentencing hearing is currently scheduled for October 24, 2022, at 11:00 a.m.  It is hereby

       **ORDERED** that sentencing currently scheduled for October 24, 2022, is adjourned to **December 6, 2022, at 11:00 a.m.**

Dated: October 21, 2022
         New York, New York

                                                               **LORNA G. SCHOFIELD**
                                                         **UNITED STATES DISTRICT JUDGE**