UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                              -against-

    MICHAEL JACKSON,
                                     Defendant,
------------------------------------------------------------ X

21 Cr. 386 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for December 6, 2022, is adjourned to **January 24, 2023, at 4:30 p.m.**

Dated: December 5, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**